# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————

No. 99-1927

————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Victor M. Ramirez, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

————

Submitted:  December 14, 1999

Filed:   December 23, 1999

————

Before WOLLMAN, Chief Judge, FAGG, Circuit Judge, and BATTEY,* District Judge.

————

PER CURIAM.

Victor M. Ramirez appeals his drug-related conviction and sentence. Ramirez claims (1) the Government produced insufficient evidence to support the jury's verdict, and (2) the district court committed error in admitting co-conspirator statements implicating Ramirez and evidence of guns, ammunition, drugs, and money. Ramirez also raises an argument about his sentence. We believe a discussion of Ramirez's fact-

———————————

*The Honorable Richard H. Battey, United States District Judge for the District of South Dakota, sitting by designation.

specific arguments would serve no useful purpose because the controlling law is clear. Having carefully reviewed the record, briefs, and arguments of the parties, we conclude the district court correctly resolved each of Ramirez's contentions.  We thus affirm Ramirez's conviction and sentence.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.